# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUSTIN LANGFORD,

        Plaintiff,

vs.

STAN COLTON, et al.,

        Defendants.

Case No. 2:16-cv-01581-JAD-CWH

**ORDER**

    In reviewing the docket in this case, it has come to the court's attention that Plaintiff Justin Langford, who is an inmate in the custody of High Desert State Prison, submitted a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1-1), but that he did not pay the $400.00 filing fee or submit an application to proceed *in forma pauperis*. A litigant may be granted *in forma pauperis* status if he is unable to prepay the fees in a civil case.

    Under 28 U.S.C. § 1915(a) and Local Rules ("LSR") 1-1 and 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The court will retain Plaintiff's complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, to pay the full filing fee for this action.

    IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

    IT IS FURTHER ORDERED that by **May 22, 2017**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for a civil action

(which includes the $350 filing fee and the $50 administrative fee). Plaintiff is advised that failure to comply with this order will result in a recommendation that his case be dismissed.

IT IS FURTHER ORDERED that the Clerk of the Court must retain the complaint (ECF No. 1-1), but must not file it at this time.

DATED: April 18, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**