# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Justin Langford,

     Plaintiff

v.

Stan Colton, et al.

     Defendants

2:16-cv-01581-JAD-CWH

**Order**

[ECF Nos. 3, 5]

Justin Langford, an inmate at the High Desert State Prison, brings this civil-rights action. When it was discovered that he did not pay the $400 filing fee or submit an application to proceed *in forma pauperis*, the magistrate judge ordered him to pay the fee or submit a completed IFP application by May 22, 2017, or have this case dismissed.[1]  When that deadline passed without payment or an application, the magistrate judge recommended that I dismiss this case.[2]  Langford objects, explaining that he did not receive the original court order—although he received correspondence from the court, the papers were from someone else's case.[3]  So he asks for additional time to respond.  He further explains that he is in protective segregated custody with limited law-library access.

Good cause appearing, IT IS HEREBY ORDERED that Langford's motion to extend time to either pay the $400 filing fee or file a completed *in forma pauperis* application **[ECF No. 5] is GRANTED.**  IT IS FURTHER ORDERED that:

The Clerk of Court is directed to **SEND** plaintiff the approved form application for a prisoner to proceed *in forma pauperis* along with the document entitled "Information and Instructions for Filing an *In Forma Pauperis* Application."

---

[1] ECF No. 2.

[2] ECF No. 3.

[3] ECF No. 4.

**Plaintiff has until August 11, 2017,[4] to either (1) file a complete application to proceed** *in forma pauperis* on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a) (which requires him to complete the application and attach both an inmate account statement for the past six months and a properly executed financial certificate); **or (2) pay the full $400 filing fee** (which includes the $350 filing fee and the $50 administrative fee). **If plaintiff does not fully complete either option 1 or 2 by August 11, 2017, this case will be dismissed without further prior notice.**

The Report and Recommendation for dismissal **[3] is REJECTED** in light of the circumstances.

Dated this 27th day of June, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[4] Although Langford requested a 120-day extension, the court finds that a four-month extension of time is not reasonable; so the court shortens that extension to a more reasonable one.